# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−3 | User: admin | Date Created: 01/04/2022 |
| Case: 22−30005 | Form ID: 309I | Total: 9 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | James M. Baia | 34 Marble Lane    Milford, CT 06460 |
| ust | U. S. Trustee    Office of the U.S. Trustee    Giaimo Federal Building    150 Court Street, Room 302    New Haven, CT 06510 | |
| tr | Roberta Napolitano    10 Columbus Boulevard    6th Floor    Hartford, CT 06106 | |
| aty | Brian E. Kaligian    74 Cherry Street    Milford, CT 06460 | |
| 9338021 | Benchmark Municipal Tax    ATTN: President    c/o Juda Epstein, Esq.    3543 Main Street, Second Floor    Bridgeport, CT 06606 | |
| 9338022 | Cohen & Wolf PC    Attn: Joshua Pedreira, Esq.    PO Box 1821    Bridgeport, CT 06601 | |
| 9338023 | John J. Carangelo    501 Boston Post Road    Unit #23    Orange, CT 06477 | |
| 9338024 | South Central CT Water Auth    ATTN: President    90 Sargent Drive    New Haven, CT 06511 | |
| 9338025 | TF Cascade, LLC    ATTN: President    1720 Post Road    Fairfield, CT 06824 | |

TOTAL: 9